USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

- against -

TRISTATE & BEYOND, LLC, et al.,

                Defendants.

---

**22 Civ. 10110 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The parties are directed to comply with the Court's Individual Practices, Section II.A., regarding the proposed motion for summary judgment.

**SO ORDERED.**

Dated:    6 March 2023
           New York, New York

                                      _____
                                          Victor Marrero
                                             U.S.D.J.