```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

- against -

TRISTATE & BEYOND, LLC, et al.,

                Defendants.

**22 Civ. 10110 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court directed the parties to comply with the Court's Individual Practices with respect to Motions for Summary Judgment based on Defendants' representation, now made in two separate letters, that "Plaintiffs' counsel advised that he does not require any additional discovery and that his clients are prepared to appear in court." (See Dkt. Nos. 21, 32.) Despite those representations, Plaintiffs have filed multiple discovery requests on the docket. (See Dkt. Nos. 24-20.)

    Plaintiffs are directed to, within one week of this Order, comply with the requirements of Federal Rule of Civil Procedure 56(d).

**SO ORDERED.**

Dated:    14 March 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.