```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

- against -

TRISTATE & BEYOND, LLC, et al.,

                Defendants.

**22 Civ. 10110 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiffs move to permanently seal certain documents attached to their filing at Docket No. 34. (See Dkt. No. 36.) Plaintiffs have not provided a legal basis for their motion and thus the Court cannot "carefully and skeptically review [the] sealing request[] to insure that there really is an extraordinary circumstance or compelling need" to maintain those documents under seal. In re Orion Pictures Corp., 21 F.3d 24, 27 (2d Cir. 1994). Plaintiffs are directed to provide a legal basis for their motion to seal by Friday, March 31, 2023.

**SO ORDERED.**

Dated:    28 March 2023
           New York, New York

                                            _____
                                              Victor Marrero
                                                 U.S.D.J.