```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

- against -

TRISTATE & BEYOND, LLC, et al.,

                Defendants.

22 Civ. 10110 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiffs' motion to seal certain documents attached to their filing at Docket No. 34 is GRANTED based upon their application (Dkt. No. 36) and the legal bases stated for the request (Dkt. No. 38). Plaintiffs shall file public versions of the documents with all confidential and sensitive information redacted. The Court respectfully directs the Clerk of the Court to modify the viewing level for Exhibits 2, 3, 4, and 8 of Docket No. 34 to the Selected Parties viewing level, accessible to the Plaintiffs, Defendants, and Court in this action.

**SO ORDERED.**

Dated:    3 April 2023
           New York, New York

                                      _____
                                            Victor Marrero
                                              U.S.D.J.