```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

- against -

TRISTATE & BEYOND, LLC, et al.,

                Defendants.

---

**22 Civ. 10110 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiffs moved to seal certain documents containing confidential and sensitive information. The Court granted that motion and directed Plaintiffs to "file *public* versions of the documents with all confidential and sensitive information redacted." (Dkt. No. 39 (emphasis added).) Plaintiffs proceeded to file the documents under seal, restricting the viewing level to the parties and the Court, and with mostly transparent, hand drawn redactions. (See Dkt. No. 40.) The Clerk of the Court is respectfully directed to strike Plaintiffs' filing at Docket No. 40, and Plaintiffs are again directed to publicly file the documents and apply proper redactions to the sensitive information.

**SO ORDERED.**

Dated:    10 April 2023
             New York, New York

                                          _____
                                              Victor Marrero
                                                U.S.D.J.