```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

- against -

TRISTATE & BEYOND, LLC, et al.,

                Defendants.

**22 Civ. 10110 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 11, 2023, Plaintiffs publicly filed hand-drawn redacted versions of certain documents containing confidential and sensitive information at Docket No. 43. The Court notes that despite Plaintiffs' attempts to redact certain confidential information, the underlying text of the hand-drawn redactions remains visible. Accordingly, the Clerk of Court is respectfully directed to strike Plaintiffs' filing at Docket No. 43. And the Court hereby directs Plaintiffs to redo the redactions electronically so that the underlying text is no longer visible and to publicly file the properly redacted documents.

**SO ORDERED.**

Dated:    12 April 2023
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.