```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

- against -

TRISTATE AND BEYOND, LLC, et al.,

                Defendant.

**22 Civ. 10110 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adopts the briefing schedule, outlined in Defendants' letter dated October 13, 2023 (see Dkt. No. 49 at 3), for Defendants' proposed motion for summary judgment.

**SO ORDERED.**

Dated:    16 October 2023
           New York, New York

                                              Victor Marrero
                                               U.S.D.J.