USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

- against -

TRISTATE & BEYOND, LLC, et al.,

                Defendant.

22 Civ. 10110 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    Defendants request guidance regarding the scheduling of their anticipated motion for summary judgment. (See Dkt. No. 58.) The Court hereby directs the parties to proceed as previously scheduled. (See Dkt. No. 51; Dkt. No. 49 at 3.)

**SO ORDERED.**

Dated:    1 November 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.

1