```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOSAJ ENTERTAINMENT, et al.,

                   Plaintiffs,

- against -

TRISTATE AND BEYOND, LLC

                   Defendant.

22 Cv. 10110 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    On September 24, 2024, this Court granted, in part, and denied, in part, Tristate and Beyond, LLC's ("Defendant") motion for summary judgment, which was filed in lieu of answering Plaintiffs' complaint.

    In light of this, Defendant is hereby directed to file an answer to Plaintiffs' complaint (Dkt. No. 9) by November 8, 2024.

**SO ORDERED.**

Dated:    18 October 2024
             New York, New York

                                     _____
                                          Victor Marrero
                                            U.S.D.J.