```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024
```

NOSAJ ENTERTAINMENT, et al.,

                Plaintiffs,

  - against -

TRISTATE & BEYOND, LLC,

                Defendant.

**22 Civ. 10110 (VM)**

**DECISION AND ORDER**

**VICTOR MARRERO, United States District Judge**.

    A Complaint in the above captioned matter was filed on November 29, 2022. (Dkt. No. 1.) On November 17, 2023, Defendants filed a Motion for Summary Judgment in lieu of answering the Complaint (Dkt. No. 60), which the Court granted, in part, and denied, in part, on September 24, 2024. (Dkt. No. 68.) Defendants filed an Answer to the Complaint on November 8, 2024. (Dkt. No. 72.)

    The parties are hereby directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that

provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    12 November 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.